UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MEYER BERNAM, by his next friend, MARINA BERNAM, individually and on behalf of all persons similarly situated,

                Plaintiffs,

-against-

RICHARD F. DAINES, as Commissioner of the New York State Department of Health, ELIZABETH R. BERLIN, as Executive Deputy Commissioner of the New York State Office of Temporary and Disability Assistance, and FAMILY CARE CERTIFIED SERVICES,

                Defendants.

**STIPULATION**

Index No. 10-CV-2658

IT IS STIPULATED by the counsel for the parties hereto that the time of defendant Family Aides Certified Services of New York City, Inc. d/b/a/ Family Care Certified Services of Brooklyn/Queens ("FCCS-BK") to answer, move to dismiss, or otherwise respond to the complaint in this action, dated June 10, 2010 is extended until two weeks after the entry of an order determining plaintiffs' motion for preliminary injunction, and this is a first extension; and

IT IS FURTHER STIPULATED by the counsel for the parties hereto that for purposes of this stipulation a facsimile shall be deemed an original signature, and an electronic or facsimile copy shall be deemed an original for purposes of filing.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

NYC/492849.1

Dated: June __, 2010
    Brooklyn, N.Y.

ARENT FOX LLP

By: _____
David N. Wynn (DW 8660)
Mark A. Angelov (MA 5291)
*Counsel for Defendant FCCS-BK*
1675 Broadway
New York, New York 10019
(212) 484-3900

NEW YORK LEGAL ASSISTANCE GROUP

By: _____
Jane Greengold Stevens (JS 4790)
*Counsel for Plaintiffs*
450 West 33rd Street, 11th Floor
New York, NY  10001
(212) 613-5000

So Ordered.

_____
John Gleeson, U.S.D.J.

NYC/492849.1

2