UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MEYER BERNAM, by his next friend, MARINA
BERNAM, individually and on behalf of all persons
similarly situated,

                              Plaintiffs,

        -against-

RICHARD F. DAINES, as Commissioner
of the New York State Department of Health,
ELIZABETH R. BERLIN, as Executive
Deputy Commissioner of the New
York State Office of Temporary and Disability
Assistance, and FAMILY CARE CERTIFIED
SERVICES,

                              Defendants.
-----------------------------------------------------------------x

10-CV-2658 (JG) (SMG)

To the Clerk of this court and all parties of record:

     Enter my appearance as additional co-counsel in this case for Plaintiff Meyer Bernam by his next friend Marina Bernam, individually and on behalf of all others similarly situated.  I certify that I am admitted to practice in this Court.

December 23, 2010

                                              _____/s/ Susan Greene_____
                                              Susan Greene
                                              NEW YORK LEGAL ASSISTANCE GROUP
                                              450 West 33rd Street, 11th Floor
                                              New York, New York 10001
                                              Tel:  (212) 613-5000 ext. 5144
                                              Fax:  (212) 750-0820

                                              Attorneys for Plaintiffs