

Yisroel Schulman, Esq.
*President & Attorney-In-Charge*

May 3, 2011

VIA ECF

Hon. John Gleeson
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Bernam, et al. v. Daines, et al.*, Case No. 10-CV-2658

Dear Judge Gleeson:

    We represent Plaintiffs in the above-referenced action. We write pursuant to the Court's April 26, 2011 Order to inform the Court that due to the death of Named Plaintiff Meyer Bernam Plaintiffs do not oppose State Defendants' request that the case be dismissed in accordance with Fed. R. Civ. P. 25(a)(1).

    Thank you for your attention to this matter.

                          Respectfully,

                          Jane Greengold Stevens
                          One of the Attorneys for the Plaintiffs

cc:    Robert Kraft, Esq.
       David N. Wynn, Esq.
       Mark A. Angelov, Esq